EDWARD H. KUBO, JR.          #2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON            #4532
Chief, Violent Crimes

WES REBER PORTER             #7698
Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, HI 96850
telephone:    440-9248
facsimile:    541-2958
e-mail:       wes.porter@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 21 2004

at 3 o'clock and 20 min P M
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR NO. CR04-00169 HG |
| Plaintiff, ) | **INDICTMENT** |
| vs. ) | |
| STEVEN A. GOMES, ) | [18 U.S.C. § 922(g)(1) |
| Defendant. ) | 18 U.S.C. § 922(g)(3)] |

<u>**I N D I C T M E N T**</u>

<u>Count 1</u>
(18 U.S.C. § 922(g)(1))

The Grand Jury charges that:

On or about April 16, 2004, in the District of Hawaii, defendant STEVEN A. GOMES, having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce ammunition.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

### Count 2
(18 U.S.C. § 922(g)(3))

The Grand Jury further charges that:

On or about April 16, 2004, in the District of Hawaii, defendant STEVEN A. GOMES, then being an unlawful user of a controlled substance as defined in Title 21, United States Code, Section 802, did knowingly possess in and affecting commerce ammunition.

All in violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(2).

DATED: April 21, 2004, at Honolulu, Hawaii.

A TRUE BILL

/s/

FOREPERSON, Grand Jury

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

RONALD G. JOHNSON
Chief, Violent Crimes

WES REBER PORTER
Assistant U.S. Attorney

2